MAUHOI TUNG, Appellant, v HENRY CHIU D.D.S., Doing Business as MOTT STREET DENTAL SERVICES, P.C., Respondent.

Submitted March 29, 2010; decided May 4, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.